Case: 1:26-mj-000174
Assigned To: Judge Harvey, G. Michael
Assign. Date: 10/1/2026
Description: COMPLAINT W/ARREST WARRANT

# STATEMENT OF OFFENSE

On September 24, 2026, at approximately 1:00 a.m., the complainant ("CW") arrived at the Metropolitan Police Department's ("MPD") Sixth District Station, located at 5002 Hayes Street, NE, Washington, DC. CW requested assistance from Sixth District personnel to retrieve CW's children from CW's residence, located at 3687 Jay Street, NE, Apartment 204, in Washington, D.C. CW stated that CW was involved in a domestic dispute with the children's father Kevin HAMILTON, but did not provide specific details about the incident. Sixth District personnel then requested additional patrol officers to assist CW.

MPD Officers Andrew Achille and Nishka Powell met CW at CW's residence. CW returned to the residence and met the officers outside. CW reported that, at approximately 12:15 a.m., CW and HAMILTON were in the living room when a verbal altercation began after HAMILTON stated he wanted to travel to Atlanta, Georgia. During the argument, HAMILTON demanded CW's car keys so that he could drive himself. CW complied and handed HAMILTON the keys. HAMILTON became irate and insisted CW drive him to Atlanta. CW refused and bent down to pick up an item from the living room floor. HAMILTON then pointed a black handgun at CW's upper torso.

In order to defuse the situation, CW convinced HAMILTON that CW, CW's children and CW'S parent ("W-1") would accompany him to Atlanta. CW then pretended to go to CW's vehicle but instead contacted a friend who drove CW to the Sixth District Station for help.[1]

[1] CW also later stated that, during the altercation, all of CW's minor children were present at the residence. One of CW's children ("W-2") was initially asleep on the couch in the living room when the altercation happened. Further, at one point, CW was holding another one of CW's minor children, and HAMILTON forcefully grabbed the child from CW.

While CW was standing with the responding officers in front of the residence, CW provided the officers with CW's house keys and gave verbal consent for them to enter. CW also called W-1 and requested that W-1 open the apartment's front door for the officers. Because CW reported that HAMILTON was armed, the officers requested additional assistance to enter. Once backup arrived, the officers approached the front door, which W-1 opened from inside. When officers entered the apartment, they encountered the defendant, who was walking down the set of stairs from the second floor of the apartment.[2] Officers stopped and detained the defendant.

Officers also encountered W-2 in the apartment. W-2 informed officers that W-2 was sleeping when W-2 heard a commotion. Upon waking, W-2 saw HAMILTON shoving CW while waving a black handgun in the air and yelling. W-2 indicated that HAMILTON may have placed the firearm in W-1's bedroom prior to the officers making entry into the apartment.

While on scene, CW provided both verbal and written consent for investigators to search the apartment. After discussing the matter with W-1, W-1 also gave investigators both verbal and written consent to search the apartment. Thereafter, CW, followed by MPD Detective Kristopher Plumley, entered W-1's bedroom. CW lifted the mattress on the bed in W-1's bedroom and items on top of the mattress made a rattling noise. Detective Plumley then discovered a black handgun, three rifles, and magazines under a blanket and sheets on W-1's bed.

Subsequently, investigators requested the assistance of D.C.'s Department of Forensic Sciences to process the crime scene. The following items were recovered from the bed in W-1's bedroom:

- A black 9 mm TP9 Elite SC pistol, loaded with a cartridge in the pistol's magazine and 14 cartridges in a 15-round capacity magazine;

---

[2] The apartment was a duplex with the living room, kitchen and dining area on the first floor, and the bedrooms on the second floor.

- A 7.62x39 mm Interarms Radom Sporter AK-47 style rifle, with a cartridge in the rifle's chamber;
- A 7.62x39 mm Mini Draco AK-47 style pistol, with a cartridge in the firearm's chamber;
- A 5.56x45 mm ghost rifle with a green barrel, blue stock and a cartridge in the rifle's chamber;
- A 30-round capacity 7.62x39 mm rifle magazine, loaded with 12 cartridges;
- A 7.62x39 mm rifle magazine of unknown capacity, loaded with 25 cartridges; and
- A 40-round capacity 5.56x45 mm rifle magazine, loaded with 22 cartridges.

**Figure 1. The firearms discovered on W-1's bed.**



**Figures 2, 3, 4 and 5. Figure 2 (upper left) is the Interarms Radom Sporter AK-47 style rifle. Figure 3 (upper right) is the Mini Draco AK-47 style pistol. Figure 4 (lower left) is the ghost rifle. Figure 5 (lower right) is the 9 mm TP9 Elite SC pistol.**













Both CW and W-2 later confirmed that the black pistol investigators recovered from the bed in W-1's bedroom was the pistol HAMILTON used that morning. Both CW and W-2 further confirmed that they had previously seen HAMILTON in possession of all the firearms depicted in Figures 2, 3, 4 and 5 on prior occasions.

There are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearms HAMILTON possessed on September 24, 2026, moved in interstate or foreign commerce.

Prior to September 24, 2026, HAMILTON was convicted for a crime punishable by imprisonment for a term exceeding one year. Specifically, on July 19, 2018, in Montgomery County, Maryland, HAMILTON was convicted of robbery in Circuit Court case number case number 132593C.

Based on the foregoing, your affiant submits that probable cause exists to charge Kevin HAMILTON with violating Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year (18 U.S.C. § 922(g)(1)), Assault with a Dangerous Weapon (22 D.C. Code § 402) and Possession of a Firearm During a Crime of Violence (22 D.C. Code § 4504).

SPECIAL AGENT JIM CHUNG
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 1st day of October 2026.*

HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE